IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN FLYNN, et al.,                    )
                                       )
            Plaintiffs,                )
                                       )
        v.                             )        Civil Action No. 08-0217 (RMC)
                                       )
MULHERIN ARCHITECTURAL MARBLE          )
   & GRANITE, INC.,                    )
                                       )
            Defendant.                 )
                                       )

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(a), Federal Rules of Civil Procedure, Plaintiffs hereby

notice the voluntary dismissal of this action against Defendant, Mulherin Architectural Marble

& Granite, Inc.

June ___2___, 2008                         _____/s/_____
                                           Ira R. Mitzner, D. C. Bar #184564
                                           DICKSTEIN SHAPIRO LLP
                                           1825 Eye Street, N.W.
                                           Washington, D.C. 20006

                                           Attorney for the Plaintiffs

2448000

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN FLYNN, et al.,                    )
                                       )
        Plaintiffs,                    )
                                       )
        v.                             )        Civil Action No. 08-0217 (RMC)
                                       )
MULHERIN ARCHITECTURAL MARBLE          )
 & GRANITE, INC.,                      )
                                       )
        Defendant.                     )
                                       )

## <u>ORDER DISMISSING COMPLAINT</u>

Upon consideration of the attached Notice of Dismissal filed by Plaintiffs in
connection with claims filed for delinquent fringe benefit contributions due Plaintiffs by
Defendant, it is this ____ day of _____, 2008 by the United States District Court for
the District of Columbia,

**ORDERED**, that the Complaint hereby is dismissed.

_____
Rosemary M. Collyer
United States District Court Judge

2448042

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOHN FLYNN, et al., | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-0217 (RMC) |
| | ) | |
| MULHERIN ARCHITECTURAL MARBLE | ) | |
| & GRANITE, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## LOCAL RULE 7(K) STATEMENT

Pursuant to Local Rule 7(k), the following persons are entitled to be served with orders, judgments and stipulations:

Ira R. Mitzner, Esquire
Dickstein Shapiro LLP
1825 Eye Street, N.W.
Washington, D.C.  20006-5403

Mulherin Architectural Marble & Granite Inc.
c/o Mark Z. Schraier, Agent for Service of Process
168 Meramec Avenue, 4th Floor
St. Louis, MO  63105

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Dismissal, proposed Order, and

Local Rule 7(k) Statement was served by first class mail, postage prepaid, this ___2___ day of

June 2008, upon:

> Mulherin Architectural Marble & Granite Inc.
> c/o Mark Z. Schraier, Agent for Service of Process
> 168 Meramec Avenue, 4th Floor
> St. Louis, MO  63105

_____
Chanda Morgan

2448050